## UNITED STATES BANKRUPTCY
## NORTHEN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Case No. 17-27359 | ) | |
| | ) | |
| PAUL E. WINKFIELD, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) BK No. 17-27359 | |
| THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, | ) ) | |
| | ) Adv. Pro. No. 17-00592 | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Judge Jack B. Schmetterer | |
| | ) | |
| PAUL E. WINKFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified Complaint herein and after such hearing the court makes the following finds of fact and conclusions of law.

### FINDINGS OF FACT

1. The defendant, PAUL E. WINKFIELD, was employed by SCR Medical Transport & Chicago Transit Authority, for the weeks ending April 5, 2014 through September 27, 2014.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decision.

3. During the same period of time the defendant applied for and received unemployment benefits totaling $8,686.00.

4. During the same period of time the defendant made the representation he was not employed in his application for unemployment benefits.

5. The defendant did not report his employment or his earnings during these periods.

6. The defendant, Paul E. Winkfield, was employed by Chicago Transit Authority, for the weeks ending May 2, 2015 through September 26, 2015.

7. The defendant earned wages for said period as set forth in the Notice of Fraud Decision.

8. During the same period of time the defendant applied for and received unemployment benefits totaling $8,910.00.

9. During the same period of time the defendant made the representation he was not employed in his application for unemployment benefits.

10. The defendant did not report his employment or his earnings during this period.

11. As of January 24, 2018, the sum of $17,596.00 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $17,596.00 in unemployment benefits to which she was not entitled.

2. As of January 24, 2018, the defendant is indebted to plaintiff in the sum of $17,596.00.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: [signature]

Dated: 2/6/18

-6 FEB 2018

-2-